**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia Ann Harris<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4267<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–25613–ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia Ann Harris

<u>11/16/18</u>                                                      **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-25613-ABA
Patricia Ann Harris                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: 318             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db           +Patricia Ann Harris,    101 East Gibboro Rd,    Apt 701,    Lindenwold, NJ 08021-1914
517683909    #+Eastern Account System,    75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
517744330     PNC BANK, NATIONAL ASSOCIATION,    KML Law Group PC,    Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
517683913    +PNC Bank,   PO Box 8703,    Dayton, OH 45401-8703
517683916    +Udren Law Offices, PC,    Woodcrest Corporate Ctr,    111 Woodcrest Road,    Suite 200,
               Cherry Hill, NJ 08003-3620
517683918    +We Efs,   Po Box 84712,    Sioux Falls, SD 57118-4712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QBTHOMAS.COM Nov 17 2018 04:33:00      Brian Thomas,    Brian Thomas, Esq,
               327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:14      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:10      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517683908    +EDI: NAVIENTFKASMDOE.COM Nov 17 2018 04:33:00      Dept Of Ed/navient,    Po Box 9635,
               Wilkes Barre, PA 18773-9635
517683910    +EDI: RESURGENT.COM Nov 17 2018 04:33:00      Lvnv Funding Llc,    Po Box 1269,
               Greenville, SC 29602-1269
517683911    +EDI: NAVIENTFKASMSERV.COM Nov 17 2018 04:33:00      Navient,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
517683912    +E-mail/Text: electronicbkydocs@nelnet.net Nov 16 2018 23:48:15      Nelnet Loans,
               3015 S Parker Rd,    Aurora, CO 80014-2904
517683914    +EDI: DRIV.COM Nov 17 2018 04:33:00      Santander Consumer Usa,    Po Box 961245,
               Ft Worth, TX 76161-0244
517683915    +EDI: SWCR.COM Nov 17 2018 04:33:00      Sw Crdt Sys,    4120 International Pkwy,
               Carrollton, TX 75007-1958
517683917    +EDI: VERIZONCOMB.COM Nov 17 2018 04:33:00      Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517683919    +EDI: BLUESTEM Nov 17 2018 04:34:00      Webbank/fingerhut Fres,    6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
517683920    +EDI: WFFC.COM Nov 17 2018 04:33:00      Wf Efs,   Po Box 84712,    Sioux Falls, SD 57118-4712
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Brian  Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Georgette  Miller    on behalf of Debtor Patricia Ann Harris info@georgettemillerlaw.com,
               jjustin@georgettemillerlaw.com;georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georget
               temillerlaw.com;smithcr50524@notify.bestcase.com;cholmes@georgettemillerlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: 318             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5